```
1   Susan St. Vincent
    Legal Officer
2   NATIONAL PARK SERVICE
    Legal Office
3   P.O. Box 517
    Yosemite, California  95389
4   Telephone:  (209) 372-0241
5
6
7                        UNITED STATES DISTRICT COURT
8                       EASTERN DISTRICT OF CALIFORNIA
9
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:16-MJ-0089-MJS |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| EDWARD DUDLEY ORPURT, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Edward Orpurt, by and through his attorney of record, Assistant Federal Defender Reed Grantham, that the status conference in the above-captioned matter set for May 16, 2017 be continued to June 28, 2017 at 10:00 a.m.  The defendant has requested additional discovery, and the parties needs additional time to obtain and review the material.

Dated:  May 10, 2017           /S/ Susan St. Vincent_____
                               Susan St. Vincent
                               Legal Officer
                               Yosemite National Park


Dated:  May 10, 2017            /S/  Reed Grantham_____
                               Reed Grantham
                               Assistant Federal Defender
                               Attorney for Edward Orpurt

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the May 16, 2017, Status Conference in  *U.S. v. Orpurt*, *6:16-MJ-0089-MJS*, is hereby continued to June 28, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 11, 2017                                          /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE