Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD DUDLEY ORPURT,<br><br>Defendant. | No. 6:16-MJ-0089-MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Edward Dudley Orpurt, by and through his attorney of record, Reed Grantham, that the status conference in the above-captioned matter set for July 26, 2017 be continued to September 12, 2017 at 10:00 a.m. The Government is aware that additional interviews were conducted recently with California Highway Patrol regarding the vehicle involved in the accident in this matter. It is anticipated that additional reports will be generated by the investigating ranger as a result of those interview, and those would be provided to the defense as additional discovery. The investigating ranger is currently out of the area on a fire assignment, and the parties are requesting the status conference currently scheduled be continued to allow time for the additional documents to be prepared, provided to defense counsel,

1

1 | and reviewed with the defendant.

Dated: July 25, 2017                    /S/ Susan St. Vincent
                                        Susan St. Vincent
                                        Legal Officer
                                        Yosemite National Park

Dated: July 25, 2017                    /S/ Reed Grantham
                                        Reed Grantham
                                        Attorney for Defendant
                                        Edward Dudley Orpurt

# **ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the July 26, 2017 Status Conference in *U.S. v. Orpurt*, *6:16-MJ-0089-MJS*, be continued to September 12, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   July 25, 2017                             /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE