1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   EDWARD ORPURT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00089-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE; ORDER** |
| vs. | |
| EDWARD ORPURT, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Edward Orpurt, that the Court continue the November 28, 2017 hearing to February 6, 2018.

Many of the charges in Mr. Orpurt's case depend on the cause of an accident on which this case is based. The defense is in the process of retaining an expert to determine the cause of the semi-truck accident, but needs time to both retain an expert and receive an expert opinion on this issue. Accordingly, the parties request that the matter be continued to February 6, 2018.

//

//

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 20, 2017         /s/ Susan St. Vincent
                                Susan St. Vincent
                                Yosemite Legal Officer
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

Date: November 20, 2017         /s/ Hope Alley
                                HOPE ALLEY
                                Assistant Federal Defender
                                Attorney for Defendant
                                EDWARD ORPURT

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. The November 28, 2017 hearing for Edward Orpurt, Case No. 6:16-mj-00089-MJS, is continued to February 6, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   November 20, 2017         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

Orpurt: Stipulation to Continue