| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
EDWARD ORPURT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  Case No. 6:16-mj-00089-MJS
                                    )
            Plaintiff,              )  **STIPULATION AND ORDER**
                                    )  **TO CONTINUE**
    vs.                             )
                                    )
EDWARD ORPURT,                      )
                                    )
            Defendant.              )
                                    )

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Edward Orpurt, that the Court continue the February 6, 2018 hearing to April 17, 2018.

Defense counsel is currently investigating Mr. Orpurt's case. Because the alleged crimes have to do with an auto-accident, the defense's expert needs to travel to Yosemite for his investigation. Due to the expert's schedule, he has only recently been able to travel to Yosemite Valley. The defense's investigation should be completed in the near future, and the parties will hopefully come to a resolution on the case. Accordingly, the parties request that the Court continue Mr. Orpurt's February 6, 2018 hearing to April 17, 2018 to give defense counsel time to complete the investigation and determine how to proceed in the case.

//

| | |
|---|---|
| | Respectfully submitted, |
| | McGREGOR W. SCOTT<br>United States Attorney |
| Date: February 1, 2018 | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: February 1, 2018 | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>EDWARD ORPURT |

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the February 6, 2018 hearing for Edward Orpurt, Case No. 6:16-mj-00089-MJS, is continued to April 17, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __February 1, 2018__        /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

Orpurt: Stipulation to Continue