Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD D. ORPURT,<br><br>        Defendant. | No. 6:16-MJ-0089-MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Edward Orpurt, that the Court continue the review hearing in this matter to May 2, 2018.

A status conference in this matter is currently scheduled for April 18, 2018. Due to a change in the Court's calendar, April 18 is no longer available for the status conference. Accordingly, the parties request that the status conference be continued to May 2, 2018.

Dated: March 27, 2018                  /s/ Susan St. Vincent_____
                                                          Susan St. Vincent
                                                          Legal Officer
                                                          Yosemite National Park

1

| | |
|---|---|
| Dated: March 27, 2018 | /s/ Hope Alley_____<br>Hope Alley<br>Attorney for Defendant<br>Edward Orpurt |

**ORDER**

The Court accepts the above Stipulation and adopts its terms as the Order of this court. Accordingly, probation, and all of the terms and conditions thereof, in the matter of U.S. v. Orpurt, Case 6:16-mj-0089-MJS, is continued to May 2, 2018, at 10:00 a.m.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: March 27, 2018 | /s/ *Michael J. Seng*<br>UNITED STATES MAGISTRATE JUDGE |