# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:16-mj-00089-001** |
| **EDWARD ORPURT** | Defendant's Attorney: Hope Alley, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] pleaded guilty to count(s)　1　 of the Complaint.
[ ] pleaded nolo contendere to count(s) ___ , which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.14(b) | Open container of alcoholic beverage in a motor vehicle | December 1, 2016 | 1 |

　　　The defendant is sentenced as provided in pages 2 through　2　of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Count(s)　2-5　are dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.　　　　[✓] Appeal rights waived.

　　　It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| | **6/5/2018** |
| | Date of Imposition of Judgment |
| | /s/ Jeremy D. Peterson |
| | Signature of Judicial Officer |
| | **Jeremy D. Peterson**, United States Magistrate Judge |
| | Name & Title of Judicial Officer |
| | 6/13/2018 |
| | Date |

## PROBATION

The defendant is hereby sentenced to probation for a term of: 18 months .

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and the government officer within seven days of any change in the defendant's address. If represented, the defendant shall provide such notice through counsel.
4. The defendant shall pay a fine of $740.00 and a special assessment of $10.00, for a total financial obligation of $750.00, which shall be paid in full by October 5, 2019. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CLERK U.S.D.C.  
   2500 Tulare Street, Rm 1501  
   Fresno, CA 93721

5. The defendant is ordered to personally appear for a Probation Review Hearing on November 5, 2019, at 10:00 a.m., before U.S. Magistrate Judge Peterson unless otherwise ordered by the court.
6. The defendant shall advise the court and the government officer within seven days of being cited or arrested for any alleged violation of law. If represented, the defendant shall provide such notice through counsel.
7. The defendant shall not operate a motor vehicle with any detectable amount of alcohol in the defendant's system.
8. If requested by any law enforcement officer, the defendant shall submit to testing (i.e., breath, urine, sweat patch, etc.) to determine if he has used drugs or alcohol.