1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   EDWARD ORPURT
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | Case No. 6:16-mj-00089-JDP

12 |         Plaintiff,           | **MOTION TO VACATE NOVEMBER 5, 2019 REVIEW HEARING; ORDER**

13 | vs.                          |

14 | EDWARD ORPURT,               |

15 |         Defendant.           |

16

17        Defendant Edward Orpurt hereby requests that the Court vacate the November 5, 2019

18 review hearing. The government is in agreement with this request.

19        On June 5, 2018, the Court sentenced Mr. Orpurt to eighteen months of unsupervised

20 probation, with the conditions that he obey all laws and advise the Court and Government Officer

21 within seven days of being cited or arrested for any alleged violation of law. The Court also ordered

22 Mr. Orpurt to pay a $750.00 fine.

23        Mr. Orpurt has paid his fine and has not been cited or arrested for any new law violation.

24 Accordingly, Mr. Orpurt is in compliance with the conditions of his probation, and he hereby

25 requests that the November 5, 2019 review hearing be vacated.

26 //

27 //

28 //

| | |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 25, 2019 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>EDWARD ORPURT |

ORDER

Based on the parties' joint representation that Mr. Orpurt is in compliance with the conditions of his probation, I vacate the review hearing scheduled for November 5, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 29, 2019        _____
                                  UNITED STATES MAGISTRATE JUDGE